# United States Bankruptcy Court
## District of Kansas

In re    __CAH Acquisition Company #5, LLC__            Case No. _____
                                 Debtor(s)               Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Health Acquisition Company LLC**<br>1700 Swift Ave., Suite 200<br>Kansas City, MO 64116 | | 80% | **Membership Interest** |
| **HMC/CAH Consolidated, Inc.**<br>3130 Broadway<br>Kansas City, MO 64111 | | 20% | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Chief Executive Officer of Court-Appointed Receiver** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __March 13, 2019__            Signature    __/s/ Kathy Hammons__
                                                                            **Kathy Hammons**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Kansas

In re   **CAH Acquisition Company #5, LLC**                         Case No.   _____
                         Debtor(s)                                  Chapter     **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CAH Acquisition Company #5, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Health Acquisition Company LLC**
**1700 Swift Ave., Suite 200**
**Kansas City, MO 64116**

**HMC/CAH Consolidated, Inc.**
**3130 Broadway**
**Kansas City, MO 64111**

☐ None [*Check if applicable*]

| | |
|---|---|
| **March 13, 2019** | **/s/ Bruce Strauss** |
| Date | **Bruce Strauss** |
| | Signature of Attorney or Litigant |
| | Counsel for   **CAH Acquisition Company #5, LLC** |
| | **Merrick, Baker & Strauss, P.C.** |
| | **1044 Main Street, Suite 500** |
| | **Kansas City, MO 64105** |
| | **816-221-8855 Fax:816-221-7886** |
| | **bruces@merrickbakerstrauss.com** |