**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS**

In Re:

CAH ACQUISITION COMPANY # 5,           Case Number 19-10359
                                                         Chapter 11
         Debtor.

## APPLICATION OF TRUSTEE FOR AUTHORIZATION TO EMPLOY STEVENS & BRAND, LLP

This Application by Brent King (the "**Trustee**" or the "**Applicant**"), Chapter 11 Trustee herein, respectfully represents:

1. On or about March 13, 2019, Debtor filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code.

2. On March 26, 2019, Brent King was appointed Chapter 11 Trustee (Doc # 33).

3. Trustee wishes to employ the law firm of Stevens & Brand, LLP, 900 Massachusetts Street, Suite 500, P.O. Box 189, Lawrence, Kansas 66044-0189, to act as legal counsel for the Trustee as Chapter 11 Trustee, during the pendency of this case.

4. Applicant has selected Patricia E. Hamilton and Wesley F. Smith of the law firm, who are well qualified to provide Applicant with legal representation throughout this Chapter 11 Bankruptcy proceeding.

5. The following is a recitation of the professional services that Stevens & Brand, LLP, are to render:

   a. Providing the Trustee with legal advice with respect to his powers and duties as Chapter 11 Trustee in the continued operation of the management of the business and affairs of the Debtor;

b. Advising Trustee concerning and assisting in the negotiation and documentation of financing agreements, cash collateral orders, and related transactions;

c. Investigating into the nature and validity of liens asserted against the Debtor, and advising Trustee concerning the enforceability of said liens;

d. Investigating and advising Trustee concerning and taking such action as may be necessary to collect income and assets in accordance with applicable law, and recover property for the benefit of the estate;

e. Preparing on behalf of Trustee such applications, motions, pleadings, orders, notices, schedules, and other documents as may be necessary and appropriate, and reviewing the financial and other reports to be filed herein;

f. Assisting the Trustee in the preparation of Schedules, Statement of Financial Affairs, and other required documents;

g. Advising Trustee concerning and preparing responses to applications, motions, pleadings, notices, and other documents which may be filed and served herein;

h. Counseling Trustee in connection with the formulation, negotiation, and promulgation of Chapter 11 Plan or Plans and related documents; and

i. Performing all other legal services for Trustee which may be necessary herein, and, if it is necessary for Trustee, to employ other professionals for such professional services.

6. To the best of Trustee's knowledge, Patricia E. Hamilton, Wesley F. Smith, the law firm of Stevens & Brand, LLP, and the other Partners and Associates of Stevens & Brand, LLP, have no other connection with the Debtor or Trustee (besides representation in this matter), creditors, any other party in interest, their

respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

7. Applicant proposes that Stevens & Brand, LLP, be compensated on an hourly basis for services rendered at the hourly rates set forth below, and is to be reimbursed for expenses incurred including travel, photocopying, facsimile, and long distance telephone charges. The hourly rates for the staff to be performing services in this case are as follows:

> Patricia E. Hamilton, Wesley F. Smith, Partners of the Firm ~ $325.00 per Hour
> Associates of the Firm ~ $250.00 per Hour
> Paralegals and Law Clerks ~ $90.00 per Hour.

Upon information and belief, the hourly rates charged by Stevens & Brand, LLP, are fair, reasonable, and, to the best of the Trustee's knowledge, consistent with the rates charged by firms of similar experience. Stevens & Brand, LLP, will keep a detailed record of all legal services rendered in this case and a record of any actual and necessary expenses incurred for which it may seek reimbursement. Stevens & Brand, LLP, has not shared or agreed to share the compensation with any other entity.

8. Upon information and belief, the law firm of Stevens & Brand, LLP, does not represent any interests adverse to the Trustee, Debtor, or the estate in the matters upon which it is to be engaged for the Trustee.

9. Applicant believes it would be best for the Trustee to pay for said attorneys' services and expenses on a monthly basis, rather than in large lump sums, and that it will be beneficial to attorneys for Trustee if the payment of fees and reimbursement of expenses occurs monthly.

10. Applicant requests that the Court allow its attorneys' fees and expenses to be paid on a monthly basis; specifically, that said attorneys be paid 100% of their

3

fees and 100% of expenses incurred each month, with all fees and expenses being subject to final approval by the Bankruptcy Court.

11. That each month, the Trustee, Debtor, and the U.S. Trustee shall be provided with detailed statements of the services performed and expenses incurred. If the Trustee, Debtor, and the U.S. Trustee do not object to said billing statements within fourteen (14) days after they have been submitted, then the statements shall be paid by the Trustee.

WHEREFORE, Applicant prays that his employment of Stevens & Brand, LLP, to provide legal representation for Applicant in this proceeding under Chapter 11 of the United States Bankruptcy Code, pursuant to the payment terms provided above, be approved by the Court, and that Applicant be granted such other and further relief as the Court deems fair, just, and equitable.

    *s/ Brent King*
**BRENT KING**
**Chapter 11 Trustee**

Prepared, Submitted, and Approved,
**STEVENS & BRAND, LLP**

By: *s/ Wesley F. Smith*
PATRICIA E. HAMILTON #13263
WESLEY F. SMITH, #18517
900 Massachusetts, Suite 500
P.O. Box 189
Lawrence, Kansas 66044
Telephone ~ (785) 843-0811
Facsimile ~ (785) 843-0341
E-Mail ~ WSmith@StevensBrand.com
PHamilton@StevensBrand.com
**Proposed Counsel for Trustee**