# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

In Re:

CAH ACQUISITION COMPANY # 5,　　　　　　Case Number 19-10359
　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　Debtor.

## AFFIDAVIT IN ACCORDANCE WITH 11 U.S.C. § 327 AND BANKRUPTCY RULE 2014

STATE OF KANSAS　　　)
　　　　　　　　　　　　)ss.
COUNTY OF SHAWNEE　　)

PATRICA E. HAMILTON, being first duly sworn on oath, states as follows:

1. Affiant is a duly licensed and practicing attorney in the State of Kansas and is admitted to practice in the Federal Court in Kansas. Affiant is a Partner of the law firm of Stevens & Brand, LLP, which has offices located at 900 Massachusetts Street, Suite 500, P.O. Box 189, Lawrence, Kansas 66044-0189, and at 917 S.W. Topeka Boulevard, Topeka, Kansas 66612.

2. To the best of Affiant's knowledge, the Affiant, the law firm of Stevens & Brand, LLP, and the other Partners and Associates of Stevens & Brand, LLP, have no other connection with the Chapter 11 Trustee (besides representation in this matter), creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

3. Upon information and belief, Affiant, Stevens & Brand, LLP, and the other Partners and Associates of Stevens & Brand, LLP, do not represent any interests adverse to the Chapter 11 Trustee or the estate in the matters upon which it is to be engaged for the Chapter 11 Trustee.

4. Stevens & Brand, LLP has significant experience and capability in Chapter 11 Bankruptcy proceedings, representation of debtors-in-possession, and Chapter 11 trustees, and Affiant and the other attorneys employed by Stevens & Brand, LLP are well-qualified to act as counsel for the Chapter 11 Trustee.

5. The hourly rates charged by Stevens & Brand, LLP in this bankruptcy proceeding are fair, reasonable, and consistent with the prevailing rates of other law firms with similar experience and capability in Chapter 11 Bankruptcies. No agreement or understanding exists between Affiant and any other person for any division or sharing of compensation, which is prohibited by statute.

6. Affiant understands that there is a continuing duty to disclose the existence of any such adverse interest during the pendency of this Bankruptcy proceeding.

7. This Affidavit is made in accordance with 11 U.S.C. § 327 and Bankruptcy Rule 2014.

FURTHER, AFFIANT SAYETH NAUGHT.

Dated: March 27, 2019.

_____
PATRICIA E. HAMMILTON, #13263

Subscribed and sworn to before me this 27th day of March, 2019.

Jill B. Chappell
NOTARY PUBLIC—STATE OF KANSAS
MY APPT EXP: 4/18/2022

_____
NOTARY PUBLIC

My Appointment Expires: 4/18/2022