# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

In Re:

CAH ACQUISITION COMPANY #5, LLC,　　　　　Case Number 19-10359-11 (REN)
d/b/a HILLSBORO COMMUNITY HOSPITAL,

　　　　　Debtor.

## CHAPTER 11 TRUSTEE'S MOTION FOR
## BANKRUPTCY RULE 2004 EXAMINATION OF DR. MICHAEL REEH

COMES NOW Chapter 11 Trustee Brent King (the "**Trustee**"), by and through counsel, Patricia E. Hamilton and Wesley F. Smith of Stevens & Brand, LLP, and for his Motion for Bankruptcy Rule 2004 Examination of Dr. Michael Reeh (the "**Motion**"), states and alleges as follows:

　　　　1.　　　　On March 13, 2019 (the "**Commencement Date**"), Cohesive, in its capacity as court-appointed receiver, filed a voluntary petition for CAH Acquisition Company #5, LLC (the "**Debtor**") under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Kansas (the "**Bankruptcy Court**").

　　　　2.　　　　On March 26, 2019, the Bankruptcy Court appointed the Trustee as the Chapter 11 Trustee for the Debtor pursuant to § 1104(a) of the Bankruptcy Code.

　　　　3.　　　　Prior to the Commencement Date, the District Court of Marion County, Kansas, appointed Cohesive Healthcare Management + Consulting, LLC ("**Cohesive**") as the receiver for the Debtor, due in large part to the mismanagement of the Hospital by the then-current management company – Empower H.M.S., LLC ("**Empower**"). This mismanagement led to critical breakdowns affecting the Hospital's performance and its treatment of patients and employees including, but not limited to, inadequate supplies, loss of staff due to nonpayment, loss of health insurance for employees, failure of Empower to pay federal and state withholding

taxes on behalf of employees, and cancellation of workers' compensation insurance. The details of Empower's negligent (and potentially criminal) activities are set forth more fully in the Amended Emergency Consent Motion of Bank of Hays for Appointment of a Trustee under 11 U.S.C. § 1104 (Doc. 14).

4. Michael Reeh, M.D. ("**Dr. Reeh**"), is a physician operating a medical practice in Hillsoboro, Kansas.

5. Since the Commencement Date, Dr. Reeh has made written and oral statements to third parties regarding the Debtor, the Debtor's operations, the Trustee, and Cohesive.

6. The Trustee seeks to conduct an examination of Dr. Reeh pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "**Rule 2004 Exam**").

7. The Rule 2004 Exam is necessary to assist the Trustee in the administration of the Bankruptcy Estate and the Trustee's efforts to market and sell the Debtor's assets.

8. On June 26, 2019, the Trustee, by and through his counsel, notified Dr. Reeh via email of the date, time, and location for the Rule 2004 Exam.

9. Contemporaneous with filing this Motion, the Trustee has served Dr. Reeh with a Subpoena, along with the witness fee and mileage reimbursement, commanding him to appear on Tuesday, July 16, 2019, at 1:00 p.m. in the United States Courthouse, Courtroom 230, 401 North Market Street, Wichita, Kansas 67202, to be examined pursuant to Fed. R. Civ. Proc. 45, made applicable by Fed. R. Bankr. Proc. 9016 and Fed. R. Bankr. Proc. 2004. The Subpoena commands Dr. Reeh to bring with him copies of correspondence, records, reports, and documents as more fully described in <u>Exhibit A</u> attached hereto (and also attached as an exhibit to the Subpoena) (collectively, the "**Documents**").

10. The Trustee requests that the Court enter an Order for Rule 2004 Exam, consistent with the Subpoena issued by the Trustee, setting the Rule 2004 Exam of Dr. Reeh on Tuesday,

July 16, 2019, at 1:00 p.m., and to continue until concluded, at the United States Courthouse located at 401 N. Market Street, Courtroom 230, Wichita, Kansas 67202, and to order that Dr. Reeh produce copies of the Documents at the Rule 2004 Exam.

WHEREFORE, the Trustee respectfully requests the Court grant his Motion for Bankruptcy Rule 2004 Examination of Dr. Michael Reeh, commencing on July 16, 2019, at 1:00 p.m., at the United States Courthouse located at 401 N. Market Street, Courtroom 230, Wichita, Kansas 67202, to continue until concluded; that Dr. Reeh be ordered to produce the Documents at the Rule 2004 Exam; and such other and further relief as the Court deems fair, just, and equitable.

Respectfully Submitted,
**STEVENS & BRAND, LLP**

**By:** *s/ Patricia E. Hamilton*
PATRICIA E. HAMILTON, #13263
WESLEY F. SMITH, #18517
917 S.W. Topeka Boulevard
Topeka, Kansas 66612
Telephone ~ (785) 408-8000
Facsimile ~ (785) 408-8003
E-Mail ~ WSmith@StevensBrand.com
E Mail ~ PHamilton@StevensBrand.com
**Counsel for Chapter 11 Trustee Brent King**

### CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2019, a true and correct copy of the above and foregoing **Chapter 11 Trustee's Motion for Bankruptcy Rule 2004 Examination of Dr. Michael Reeh** was electronically filed with the U.S. Bankruptcy Court, District of Kansas, was sent by electronic mail to all parties receiving notices electronically via the Court's CM/ECF noticing system, and was sent by first-class U.S. Mail, postage prepaid, to the following:

| | |
|---|---|
| Dr. Michael Reeh | Dr. Michael Reeh |
| 952 220th Street | 104 N. Washington Street |
| Hillsboro, KS 67063 | Hillsboro, KS 67063 |

*s/ Patricia E. Hamilton*
PATRICIA E. HAMILTON, #13263

In Re:
CAH ACQUISITION COMPANY #5, LLC,
d/b/a HILLSBORO COMMUNITY HOSPITAL
Case Number 19-10359-11 (REN)

**ATTACHMENT TO**
**CHAPTER 11 TRUSTEE'S SUBPOENA AND MOTION FOR BANKRUPTCY**
**RULE 2004 EXAMINATION OF MICHAEL REEH, M.D.**

*Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth in the attached Subpoena, the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All communication (written and electronic) in the possession of Michael Reeh, M.D., ("**Dr. Reeh**") relating to Hillsboro Community Hospital sent from or received by Dr. Reeh from January 1, 2019, to the present;

All memos or notes (written and electronic) prepared by or in the possession of Dr. Reeh regarding the operation or management of Hillsboro Community Hospital from January 1, 2019, to the present; and

All documents, records, or statements (written and electronic) in the possession of Dr. Reeh regarding the operation or management of Hillsboro Community Hospital from January 1, 2019, to the present.

