FILED
AT WICHITA, KS
JUL 15 2019
CLERK
U.S. Court of Bankruptcy
By_____ Deputy

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In Re:

CAH Acquisition Company #5, LLC
D/B/A HILLSBORO COMMUNITY HOSPITAL      CASE NUMBER 19-10359-11

## OBJECTION TO MOTION FOR RULE 2004 EXAMINATION and PRODUCTION OF DOCUMENTS and MOTION TO QUASH THE SUBPOENA

Michael Reeh, MD represents himself. He is an active medical staff member of Hillsboro Community Hospital and has been for 25 years. Dr. Reeh has no debt to Hillsboro Community Hospital and is being damaged by the Trustee by frivolous legal activity which could have been avoided by the Trustee. Dr. Reeh stipulates that he has had communication with third parties about the current Trustee and management of Hillsboro Community Hospital. This was required by K.A.S. **65-4923.** His communication is privileged and not subject to subpoena under K.A.S. **65-4915**(b). This Rule 2004 examination of Michael Reeh, MD functions as retaliation for his required reports to the State and Federal regulatory agencies. Michael Reeh, MD prays that the court quash this Rule 2004 subpoena.

**65-4923** (a) If a health care provider, or a medical care facility agent or employee who is directly involved in the delivery of health care services, has knowledge that a health care provider has committed a reportable incident, such health care provider, agent or employee shall report such knowledge as follows:…

…(b) If a reportable incident is reported to a state agency which licenses health care providers, the agency may investigate the report or may refer the report to a review or executive committee to which the report could have been made under subsection (a) for investigation by such committee.

**65-4915**(4)(b)…, the reports, statements, memoranda, proceedings, findings and other records

submitted to or generated by peer review committees or officers shall be privileged and shall not be subject to discovery, subpoena or other means of legal compulsion for their release to any person or entity or be admissible in evidence in any judicial or administrative proceeding. Information contained in such records shall not be discoverable or admissible at trial in the form of testimony by an individual who participated in the peer review process. The peer review officer or committee creating or initially receiving the record is the holder of the privilege established by this section. This privilege may be claimed by the legal entity creating the peer review committee or officer, or by the commissioner of insurance for any records or proceedings of the board of governors…"

_____

Clerk of the Court

*Michael Reeh, MD*

Michael Reeh, MD
104 N Washington St.
Hillsboro, KS 67063
cc PATRICIA E. HAMILTON, #13263
WESLEY F. SMITH, #18517
917 S.W. Topeka Boulevard
Topeka, Kansas 66612
Telephone ~ (785) 408-8000
Facsimile ~ (785) 408-8003
E-Mail ~ WSmith@StevensBrand.com
E Mail ~ PHamilton@StevensBrand.com
**Counsel for Chapter 11 Trustee Brent King**

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In Re:

CAH Acquisition Company #5, LLC
D/B/A HILLSBORO COMMUNITY HOSPITAL     CASE NUMBER 19-10359-11

## **CERTIFICATE OF SERVICE**

The undersigned certifies that service of the attached document, **OBJECTION TO MOTION FOR RULE 2004 EXAMINATION and PRODUCTION OF DOCUMENTS and MOTION TO QUASH THE SUBPOENA** was accomplished as follows:

| Name | Manner of Service | Date/Time |
|---|---|---|
| PATRICIA E. HAMILTON, #13263 | Facsimile ~ (785) 408-8003<br>E-Mail ~ WSmith@StevensBrand.com<br>E Mail ~ PHamilton@StevensBrand.com | 7-15-2019/08:35 |

WESLEY F. SMITH, #18517
917 S.W. Topeka Boulevard
Topeka, Kansas 66612

_____
_____
_____
_____

                                                   /s/ Michael Reeh, MD

Michael Reeh, MD
104 N Washington St.
Hillsboro, KS 67063
Facsimile ~ 620-947-3819
Email mdmba1@me.com