IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

CAH Acquisition Company #5, LLC,
aka Hillsboro Community Hospital,

Debtor.

Case No. 19-10359
Chapter 11

### PATIENT CARE OMBUDSMAN'S THIRD AND FINAL REPORT

Pursuant to 11 U.S.C. § 333 of the Bankruptcy Code and the *United States Trustee's Motion for Entry of Agreed Order Approving Appointment of Patient Care Ombudsman* [Docket No. 125, June 11, 2019] and *Agreed Order Approving Appointment of Patient Care Ombudsman* [Docket No. 129, June 12, 2019], the Patient Care Ombudsman ("**PCO**") was directed to monitor the quality of patient care provided at Hillsboro Community Hospital and file her initial report no later than 45 days after appointment. Subsequent reports shall be filed at least every 60 days thereafter.

Accordingly, PCO filed *Patient Care Ombudsman's First Interim Report* on July 29, 2019 [Docket No. 175] detailing her efforts establishing contact with the Debtor location and engaging in the initial site visit. PCO filed *Patient Care Ombudsman's Second Interim Report* on September 27, 2019 [Docket No. 207]. Given the interval timing for PCO's third reporting cycle relative to Debtor's anticipated sale completion, PCO comes now and files a short summary of remote monitoring efforts. Should sale completion not occur as anticipated in early December 2019, PCO will revisit the need for an additional site visit and a lengthier report.

### SUMMARY

In this interim reporting cycle, PCO remained engaged in remote review of quality dashboard data and phone and email follow-up with interim leadership. Several personnel have resigned and set their termination date contemporaneous with the anticipated date that new leadership will assume responsibility for Debtor's facility. PCO's understanding is that anticipated

departures include: the director of nursing, the dietary manager, the pharmacy nurse, the specialty clinic/surgical nurse, the case manager, the PIC line nurse, the occupational therapy assistant, and the part-time social worker. Further, two traveling RN contract periods end at this same time and support services provided by the interim medical consulting company (Cohesive) will also cease at sale completion. As the sale finalization approaches, nursing staff coverage has proven challenging with the DON regularly stepping in to a patient care nursing role.

Given the significant number of staff transitions happening, PCO reached out to the Kansas Department of Health & Environment team members who have been previously engaged with the Debtor and its interim leadership as they rebounded from difficult circumstances associated with the previous facility management.

Certainly, the staff at this hospital have consistently demonstrated a level of grit and resiliency that is commendable to the highest degree. It is PCO's hope that the new leadership will continue to nurture the remaining dedicated team members and provide immediate, broad support to back-fill these various important vacancies to avoid any care delivery gaps.

DATED: November 27, 2019.   Respectfully submitted,

By:    */s/ Susan N. Goodman, AZ Bar #019483*
      Susan N. Goodman
      Pivot Health Law, LLC
      P.O. Box 69734
      Oro Valley, Arizona 85737
      Phone: (520) 744-7061
      Fax: (520) 575-4075
      sgoodman@pivothealthaz.com
      *Patient Care Ombudsman*

# CERTIFICATE OF SERVICE

I, Susan N. Goodman hereby certify that the above and foregoing Report has been electronically filed with the Clerk of Court using the CM/ECF filing system and a true and correct copy of this pleading has been sent to the following parties or counsel of record who have registered to receive electronic service.

| | |
|---|---|
| **Merrick, Baker, & Strauss, P.C.**<br>Bruce E. Strauss<br>Victor F. Weber<br>1044 Main Street<br>Suite 500<br>Kansas City, MO 64105<br>victor@merrickbakerstrauss.com<br>bruces@merrickbakerstrauss.com<br>*Attorneys for the Debtor* | **Office of The United States Trustee**<br>Christopher T. Borniger<br>Jordan M. Sickman<br>30 N. Main Street, Suite 1150<br>Wichita, KS 67202<br>christopher.t.borniger@usdoj.gov<br>ustpregion20.wi.ecf@usdoj.gov<br>Jordan.sickman@usdoj.gov<br>*Attorneys for the United States Trustee* |
| **Stevens and Brand, LLP**<br>Patricia Hamilton<br>Wesley F. Smith<br>917 SW Topeka Blvd<br>Topeka, KS 66612<br>phamilton@stevensbrand.com<br>wsmith@stevensbrand.com<br>*Attorneys for Chapter 11 Trustee* | **Hull & Chandler, PA**<br>Felton E. Parrish<br>1001 Morehead Square Drive Suite 450<br>Charlotte, NC 28203<br>fparrish@lawyercarolina.com<br>*Attorneys for Chapter 11 Trustee* |
| **GlassRatner**<br>Brent King<br>2405 Grand Blvd., Suite 1210<br>Kansas City, MO 64108<br>bking@glassratner.com<br>*Chapter 11 Trustee* | **Stinson LLP**<br>Nicholas Zluticky<br>1201 Walnut Street, Suite 2900<br>Kansas City, MO 64106<br>nicholas.zluticky@stinson.com<br>*Attorneys for Bank of Hays* |
| **Triplett Woolf Garretson, LLC**<br>Tyler E. Heffron<br>2959 N. Rock Road, Suite 300<br>Wichita, KS 67226<br>theffron@twgfirm.com<br>*Attorneys for City of Hillsboro, Kansas c/o Tyler E Heffron; Public Building Commission of Hillsboro, KS c/o Tyler E Heffron* | **Klenda Austerman**<br>Christopher A. McElgunn<br>301 N. Main, Suite 1600<br>Wichita, KS 67202<br>cmcelgunn@klendalaw.com<br>*Attorneys for Security Bank of Kansas City* |
| **Lathrop Gage**<br>Robert J. Haupt<br>2345 Grand Blvd., Suite 2200<br>Kansas City, MO 64108<br>rhaupt@lathropgage.com<br>*Attorneys for Health USA, Inc.* | **Rural Emergency Medical Providers**<br>1409 Riverview Road<br>Pratt, Kansas 67124<br>*Pro se Rural Emergency Medical Providers* |

| **Lathrop Gage**                                  | **Klenda Austerman**                              |
| Stephen K. Dexter                                 | Eric W. Lomas                                     |
| 1515 Wynkoop Street, Suite 600                    | 301 N. Main, Suite 1600                           |
| Denver, CO 80202                                  | Wichita, KS 67202                                 |
| sdexter@lathropgage.com                           | elomas@klendalaw.com                              |
| chuffman@lathropgage.com                          | *Attorneys for Fusion Medical Staffing, LLC*      |
| *Attorneys for Health USA, Inc.*                  |                                                   |
| **Bernstein-Burkley, P.C.**                       | **Arst & Arst, PA**                               |
| Lara S. Martin                                    | David G. Arst                                     |
| 707 Grant Street, Suite 2200 Gulf Tower           | 555 N. Woodlawn, Suite 115                        |
| Pittsburgh, PA 15219-1900                         | Wichita, KS 67208                                 |
| lmartin@bernsteinlaw.com                          | david@arstlaw.com                                 |
| *Attorneys for Creditor Beckman Coulter, Inc.*    | david@arstarst.kscoxmail.com                      |
|                                                   | *Attorneys for Unsecured Creditors' Committee*    |
| **The Olsen Law Firm, LLC**                       | **Kutak Rock LLP**                                |
| Jill D. Olsen                                     | Dan R. Nelson                                     |
| 118 N. Conistor Lane, Suite B290                  | 300 S. John Q. Hammons Parkway                    |
| Liberty, MO 64068                                 | Suite 800                                         |
| jill@olsenlawkc.com                               | Springfield, MO 65806                             |
| *Attorneys for RHG Consolidated, LLC*             | dan.nelson@kutakrock.com                          |
|                                                   | *Attorneys for Premier Specialty Network LLC*     |

DATED: November 27, 2019.               Respectfully submitted,

By:     */s/ Susan N. Goodman*, AZ Bar #019483
       Susan N. Goodman
       Pivot Health Law, LLC
       P.O. Box 69734
       Oro Valley, Arizona 85737
       Phone: (520) 744-7061
       Fax: (520) 575-4075
       sgoodman@pivothealthaz.com
       *Patient Care Ombudsman*