IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In Re:

CAH ACQUISITION COMPANY # 5, LLC,           Case Number 19-10359-11 (REN)
d/b/a HILLSBORO COMMUNITY HOSPITAL,

       Debtor.

## TRUSTEE'S MOTION TO SHORTEN OBJECTION DEADLINE AND LIMIT NOTICE

COMES NOW Chapter 11 Trustee Brent King (the "**Trustee**"), by and through counsel, Patricia E. Hamilton and Wesley F. Smith of Stevens & Brand, LLP, and for his Motion to Shorten Objection Deadline and Limit Notice pursuant to 11 U.S.C. §§ 102(a)(1), 105(a), Fed. R. Bank. P. Rule 2002(i), (m), and 9007, states and alleges as follows:

1. On March 13, 2019 (the "**Filing Date**"), Cohesive Healthcare Management + Consulting, LLC ("**Cohesive**"), in its capacity as court-appointed receiver, filed a Voluntary Petition for CAH Acquisition Company #5, LLC (the "**Debtor**"), under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Kansas (the "**Bankruptcy Court**").

2. On March 26, 2019, the Bankruptcy Court appointed the Trustee as the Chapter 11 Trustee for the Debtor pursuant to § 1104(a) of the Bankruptcy Code.

3. The United States Trustee appointed an official Committee of Unsecured Creditors on July 9, 2019 (Doc. 151).

4. Prior to the Commencement Date, the Debtor owned and operated the Hillsboro Community Hospital, a critical access hospital located in Hillsboro, Kansas (the "**Hospital**").

5. On February 18, 2020, the Trustee filed his *Second Application to Employ Accountant* (Doc. 286) (the "**Application**"), requesting authority to hire accounting firm

BT&Co., P.A. ("**BT&Co.**") for the purpose of preparing amended employee W-2s for the first two pay periods of 2019.

6. It is necessary for BT&Co. to begin work as soon as possible so the Hospital employees can be provided with amended W-2s to timely file their income tax returns.

7. The Trustee requests that the notice and objection deadline on the Application be shortened to seven (7) days, or until **February 26, 2020, at 5:00 PM.**

8. If objections are filed, the Trustee requests that the Court hold a Hearing on the Application on **March 11, 2020, at 10:30 AM** in the Wichita Division of U.S. Bankruptcy Court located at 401 N. Market Street, Courtroom 150, Wichita, Kansas 67202.

9. Additionally, the Bankruptcy Code provides that all notice and hearing requirements shall be construed as mandating "such notice as is appropriate in the particular circumstances." 11 U.S.C. § 102(1)(A). In addition, 11 U.S.C. §105(a) provides that this Court has the authority to issue any order that is necessary or appropriate to carry out the purpose and intent of the Bankruptcy Code. Further, Rule 2002(m) empowers this Court to enter orders designating matters in respect to which, and the entities to whom, notices shall be sent.

10. This case has more than 400 creditors, employees, utility providers, taxing authorities, vendors, and other parties to whom notice is traditionally sent. Service of the Application on that many entities is not necessary, as most smaller creditors and parties in interest have no interest in these matters, and will impose a dramatic burden on the Trustee and Estate.

11. Moreover, the funds with which to pay professional fees in this case are subject to the claims of the Debtor's main secured creditor, Bank of Hays.

12. To alleviate this burden and expense, the Trustee proposes service of the Application as required by the Bankruptcy Code and Rules be served electronically only to all parties who receive notice via the Court's CM/ECF noticing system.

13. The relief requested herein is necessary to allow effective administration of this case.

14. The relief being requested herein is not adverse to the interest of any creditors or other interested parties involved.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order granting this Motion, and such other and further relief as the Court deems fair, just, and equitable.

Respectfully Submitted,

**STEVENS & BRAND, LLP**

By: *s/ Patricia E. Hamilton*
PATRICIA E. HAMILTON, #13263
WESLEY F. SMITH, #18517
4848 S.W. 21st Street, Suite 201
Topeka, Kansas 66604
Telephone ~ (785) 408-8000
E-Mail ~ PHamilton@StevensBrand.com
E-Mail ~ WSmith@StevensBrand.com
**Counsel for Chapter 11 Trustee Brent King**