**SO ORDERED.**

**SIGNED this 19th day of February, 2020.**



_____
Robert E. Nugent
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

In Re:

CAH ACQUISITION COMPANY # 5, LLC,          Case Number 19-10359-11 (REN)
d/b/a HILLSBORO COMMUNITY HOSPITAL,

      Debtor.

### ORDER GRANTING TRUSTEE'S MOTION
### TO SHORTEN OBJECTION DEADLINE AND LIMIT NOTICE

ON THE *Trustee's Motion to Shorten Objection Deadline and Limit Notice* (the "**Motion**") (Doc. 287) filed herein by Chapter 11 Trustee Brent King (the "**Trustee**"), the Court finds as follows:

1. On February 18, 2020, the Trustee filed his *Second Application to Employ Accountant* (Doc. 286) (the "**Application**"), requesting authority to hire accounting firm BT&Co., P.A. ("**BT&Co.**") for the purpose of preparing amended employee W-2s for the first two pay periods of 2019.

2. The Court hereby grants the Trustee's Motion, shortening the notice and objection

deadline on the Trustee's Application to seven (7) days, or until **February 26, 2020, at 5:00 PM.**

3. If objections to the Application are filed, the Trustee requests that the Court hold a Hearing on **March 11, 2020, at 10:30 AM** in the Wichita Division of U.S. Bankruptcy Court located at 401 N. Market Street, Courtroom 150, Wichita, Kansas 67202.

4. The Court further grants the Trustee's Motion, limiting notice of the Application to only all parties who receive notices electronically via the Court's CM/ECF noticing system.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the above shall become the Order of this Court.

IT IS SO ORDERED.

### 

Respectfully Submitted,
**STEVENS & BRAND, LLP**


By: __s/ Patricia E. Hamilton__
PATRICIA E. HAMILTON, #13263
WESLEY F. SMITH, #18517
4848 S.W. 21st Street, Suite 201
Topeka, Kansas 66604
Telephone ~ (785) 408-8000
E-Mail ~ PHamilton@StevensBrand.com
E-Mail ~ WSmith@StevensBrand.com
**Counsel for Chapter 11 Trustee Brent King**