**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS AT KANSAS CITY**

| | | | |
|---|---|---|---|
| IN RE: | CAH Acquisition Company #5, LLC } | CASE NUMBER | 19-10359 |
| | } | | |
| | } | | |
| DEBTOR(S). | } | CHAPTER 11 | |

**DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)**

**FOR THE PERIOD**

FROM          2/1/2020          TO          2/29/2020

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015

*s/ Patricia E. Hamilton*
_____
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

| |
|---|
| 101 Industrial Road |
| Hillsboro, KS  67063 |
| 620-947-3114 |

Attorney's Address
and Phone Number:

| |
|---|
| Patricia Hamilton |
| Stevens and Brand, LLP |
| 4848 SW 21st Street, Suite 201 |
| Topeka, KS  66604 |
| 785-408-8000 |

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.
Monthly Operating Reports must be filed by the 21st day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.justice.gov/ust/r20/index.htm.
1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

FOR THE PERIOD BEGINNING `2/1/2020` AND ENDING `2/29/2020`

Name of Debtor: `CAH Acquisition Company #5, LLC`

Case Number `19-10359`

Date of Petition: `3/13/2019`

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $ 44,196.35 (a) | $ 229,977.56 (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | $ - | |
| Minus: Cash Refunds | - | |
| Net Cash Sales | - | |
| B. Accounts Receivable | - | |
| C. Other Receipts (See MOR-3) | | |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | $ - | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | $ 44,196.35 | |
| 5. DISBURSEMENTS | | |
| A. Advertising | - | |
| B. Bank Charges | - | |
| C. Contract Labor | - | |
| D. Fixed Asset Payments (not incl. in "N") | - | |
| E. Insurance | - | |
| F. Inventory Payments (See Attach. 2) | - | |
| G. Leases | - | |
| H. Purchased Services | - | |
| I. Office Supplies | - | |
| J. Payroll - Net (See Attachment 4B) | - | |
| K. Professional Fees (Accounting & Legal) | - | |
| L. Rent | - | |
| M. Repairs & Maintenance | - | |
| N. Secured Creditor Payments (See Attach. 2) | - | |
| O. Taxes Paid - Payroll (See Attachment 4C) | - | |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | - | |
| Q. Taxes Paid - Other (See Attachment 4C) | - | |
| R. Telephone | - | |
| S. Supplies | - | |
| Y. U.S. Trustee Quarterly Fees | - | |
| U. Utilities | - | |
| V. Vehicle Expenses | - | |
| W. Other Operating Expenses (See MOR-3) | - | |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | $ - | |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | $ 44,196.35 (c) | $ 44,196.35 (c) | $ |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This `31st` day of `March` `2020`

_(Signature)_

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)**

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | | Cumulative Petition to Date |
|---|---|---|---|
| Loan Proceeds - Bank of Hays | $ | - | 1,028,263.26 |
| Dietary Sales | | - | 10,083.98 |
| Interest Income | | - | 50.36 |
| Vendor Refunds | | - | 19,571.86 |
| Medicare Interim Payment | | - | 121,000.00 |
| Payroll Refunds | | - | 36,576.82 |
| Miscellaneous | | - | 5,899.23 |
| Cohesive Healthcare Management | | - | 52,396.48 |
| Sale Proceeds | | - | 2,286,628.45 |
| **TOTAL OTHER RECEIPTS** | $ | - | $ 3,560,470.44 |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | | Cumulative Petition to Date |
|---|---|---|---|
| Kansas Hospital Association | $ | - | $ 100.00 |
| KUMC | | - | 1,300.00 |
| Salem Home | | - | 7,454.30 |
| Kansas Healthcare Engineers | | - | 90.00 |
| Cohesive Healthcare Mgmt & Consulting | | - | 3,095.04 |
| Diagnostic Monitor Software | | - | 310.00 |
| Marion County EMS | | - | 1,344.00 |
| Virtru Corporation | | - | 3,119.20 |
| Mid America Wound | | - | 200.00 |
| Foulston Siefkin | | - | 275.00 |
| Eagle Communications | | - | 2,682.31 |
| Closing Fees | | - | 198,185.74 |
| Loans | | - | 261,009.84 |
| Cohesive Healthcare Management | | - | 27,442.00 |
| Escrow | | - | 255,000.00 |
| Petty Cash | | - | 2,756.26 |
| **TOTAL OTHER DISBURSEMENTS** | $ | - | $ 764,363.69 |

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor:    CAH Acquisition Company #5, LLC    Case Number:    19-10359

Reporting Period beginning    2/1/2020    Period ending    2/29/2020

**ACCOUNTS RECEIVABLE AT PETITION DATE:**

**ACCOUNTS RECEIVABLE RECONCILIATION**

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ - | (a) |
| PLUS: Current Month New Billings | $ | |
| MINUS: Collection During the Month | $ | (b) |
| PLUS/MINUS: Adjustments or Write-offs | $ - | * |
| End of Month Balance | $ - | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total | |
|---|---|---|---|---|---|
| $ | $ | $ | $ | $ - | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:
The Debtor is currently working through the Accounts Receivable aging.
The priority is to get current claims out the door and then we will work old accounts while monitoring accounts for timely file.

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectability, write-off, disputed account, etc.) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be
    the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and
    Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

**ATTACHMENT 2**

**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

| | | | |
|---|---|---|---|
| Name of Debtor: | CAH Acquisition Company #5, LLC | Case Number: | 19-10359 |
| Reporting Period beginning | 2/1/2020 | Period ending | 2/29/2020 |

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation**

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | | |
|---|---|---|---|
| Opening Balance | $ | - | (a) |
| PLUS: New Indebtedness Incurred This Month | $ | - | |
| MINUS: Amount Paid on Post Petition, Account Payable this Month | $ | - | |
| PLUS/MINUS: Adjustments | $ | - | * |
| Ending Month Balance | $ | - | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.
Adjustments related to prior period reclassifications and the elimination of certain pre-petition amounts.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | - | - |
| | | | - | - |
| | | | - | - |
| | | | - | - |

TOTAL      | - | (d)

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-6

**ATTACHMENT 3**

**INVENTORY AND FIXED ASSETS REPORT**

| | | | | |
|---|---|---|---|---|
| Name of Debtor: | CAH Acquisition Company #5, LLC | Case Number: | 19-10359 | |
| Reporting Period beginning | 2/1/2020 | Period ending | 2/29/2020 | |

**INVENTORY REPORT**

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ | 85,517.66 |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $ | - (a) |
| PLUS: Inventory Purchased During Month | $ | - |
| MINUS: Inventory Used or Sold | $ | - |
| PLUS/MINUS: Adjustments or Write-downs | $ | - * |
| Inventory on Hand at End of Month | $ | - |

METHOD OF COSTING INVENTORY:
*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | |
|---|---|---|---|---|
| % | % | % | % | = 100%* |

**Note: The Debtor does not age its inventory.**
☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:                    (b)
(Includes Property, Plant and Equipment)

**Note: The Debtor does no have the ability to estimate the Fair Market Value.  Net book value is the only value estimate available to the Debtor.**

BRIEF DESCRIPTION (First Report Only):

| | | |
|---|---|---|
| FIXED ASSETS RECONCILIATION: | | |
| Fixed Asset Book Value at Beginning of Month | $ | - (a)(b) |
| MINUS:  Depreciation Expense | $ | - |
| PLUS:  New Purchases | $ | - |
| PLUS/MINUS: Adjustments or Write-downs | $ | - * |
| Ending Monthly Balance | $ | - |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
   balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
   Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

MOR-7

**Attachment 4A(1)**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

| | | | |
|---|---|---|---|
| Name of Debtor: | CAH Acquisition Company #5, LLC | Case Number: | 19-10359 |
| Reporting Period beginning | 2/1/2020 | Period ending | 2/29/2020 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.justice.gov/ust/r20/index.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

| | | | |
|---|---|---|---|
| NAME OF BANK: | Bank of Hays | BRANCH: | |
| ACCOUNT NAME: | Operating | ACCOUNT NUMBER: | **1901 |

PURPOSE OF ACCOUNT:  OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 992.45 |
| Plus Total Amount of Outstanding Deposits | $ | 923.04 |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance per Check Register | $ | 1,915.49 **(a) |

***Debit cards are used by Purchasing Dept, CEO, and Cohesive Executive VP of Finance**

****If Closing Balance is negative, provide explanation:**


**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D):**
☐ ( Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| N/A | | | | |


**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | | |
|---|---|---|
| $ | | Transferred to Payroll Account |
| $ | | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

<u>**Attachment 4A(2)**</u>

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

| | | | |
|---|---|---|---|
| Name of Debtor: | CAH Acquisition Company #5, LLC | Case Number: | 19-10359 |
| Reporting Period beginning | 2/1/2020 | Period ending | 2/29/2020 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.justice.gov/ust/r20/index.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

| | | | |
|---|---|---|---|
| NAME OF BANK: | US Bank | BRANCH: | |
| ACCOUNT NAME: | Depository | ACCOUNT NUMBER: | ********4141 |
| PURPOSE OF ACCOUNT: | OPERATING | | |

| | | | |
|---|---|---|---|
| Ending Balance per Bank Statement | $ | - | |
| Plus Total Amount of Outstanding Deposits | $ | - | |
| Minus Total Amount of Outstanding Checks and other debits | $ | - | * |
| Minus Service Charges | $ | - | |
| Ending Balance per Check Register | $ | - | **(a) |

**\*Debit cards are used by Purchasing Dept, CEO, and Cohesive Executive VP of Finance**

**Although this account remains open and active, the use of such account, and the corresponding proceeds, have been transferred to the buyer (Hillsboro Community Hospital, LLC ) of the Estate assets for the operational benefit of the buyer.**

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:**
( Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Pay | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

 "Total Amount of Outstanding Checks and other debits", listed above, includes:

| | | |
|---|---|---|
| $ | | Transferred to Payroll Account |
| $ | | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-1(b)

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

| | | | |
|---|---|---|---|
| Name of Debtor: | CAH Acquisition Company #5, LLC | Case Number: | 19-10359 |
| Reporting Period beginning | 2/1/2020 | Period ending | 2/29/2020 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.justice.gov/ust/r20/index.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

| | | | |
|---|---|---|---|
| NAME OF BANK: | Hillsboro State Bank | BRANCH: | |
| ACCOUNT NAME: | Savings | ACCOUNT NUMBER: | **7195 |
| PURPOSE OF ACCOUNT: | OPERATING | | |

| | | | |
|---|---|---|---|
| Ending Balance per Bank Statement | $ | - | |
| Plus Total Amount of Outstanding Deposits | $ | - | |
| Minus Total Amount of Outstanding Checks and other debits | $ | - | * |
| Minus Service Charges | $ | - | |
| Ending Balance per Check Register | $ | - | **(a) |

**\*Debit cards are used by Purchasing Dept, CEO, and Cohesive Executive VP of Finance**

**\*\*If Closing Balance is negative, provide explanation:**

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:**
( Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | | |
|---|---|---|
| $ | | Transferred to Payroll Account |
| $ | | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Attachment 4A(4)**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

| | | | |
|---|---|---|---|
| Name of Debtor: | CAH Acquisition Company #5, LLC | Case Number: | 19-10359 |
| Reporting Period beginning | 2/1/2020 | Period ending | 2/29/2020 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.justice.gov/ust/r20/index.htm.   If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

| | | | |
|---|---|---|---|
| NAME OF BANK: | US Bank | BRANCH: | |
| ACCOUNT NAME: | Depositor | ACCOUNT NUMBER: | **3903 |

PURPOSE OF ACCOUNT:     <u>OPERATING</u>

| | | | |
|---|---|---|---|
| Ending Balance per Bank Statement | $ | - | |
| Plus Total Amount of Outstanding Deposits | $ | - | |
| Minus Total Amount of Outstanding Checks and other debits | $ | - | * |
| Minus Service Charges | $ | - | |
| Ending Balance per Check Register | $ | - | **(a) |

**\*Debit cards are used by Purchasing Dept, CEO, and Cohesive Executive VP of Finance**

**Although this account remains open and active, the use of such account, and the corresonding proceeds, have been transferred to the buyer (Hillsboro Community Hospital, LLC ) of the Estate assets for the operational benefit of the buyer.**

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:**
( Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | | |
|---|---|---|
| $ | | Transferred to Payroll Account |
| $ | | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**CHECK REGISTER - OPERATING ACCOUNT**

| | | | |
|---|---|---|---|
| Name of Debtor: | CAH Acquisition Company #5, LLC | Case Number: | 19-10359 |
| Reporting Period beginning | 2/1/2020 | Period ending | 2/29/2020 |
| NAME OF BANK: | Bank of Hays | BRANCH: | |
| ACCOUNT NAME: | Operating | ACCOUNT NUMBER: | **1901 |
| PURPOSE OF ACCOUNT: | OPERATING | | |

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

TOTAL                                                                                                                     $ [                          -    ]

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

| | | | |
|---|---|---|---|
| Name of Debtor: | CAH Acquisition Company #5, LLC | Case Number: | 19-10359 |
| Reporting Period beginning | 2/1/2020 | Period ending | 2/29/2020 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.justice.gov/ust/r20/index.htm.

| | | | |
|---|---|---|---|
| NAME OF BANK: | Bank of Hays | BRANCH: | |
| ACCOUNT NAME: | Payroll | ACCOUNT NUMBER: | **2061 |
| PURPOSE OF ACCOUNT: | PAYROLL | | |

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 43,499.82 |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | (1,218.96) * |
| Minus Service Charges | $ | - |
| Ending Balance per Check Register | $ | 42,280.86 **(a) |

**Itemized payroll detail will be provided to the U.S. Trustee upon request.**
**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**

The following disbursements were paid by Cash:
[ ] ( Check here if cash disbursements were authorized by United States Trustee]

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
 "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**CHECK REGISTER - PAYROLL ACCOUNT**

| | | | |
|---|---|---|---|
| Name of Debtor: | CAH Acquisition Company #5, LLC | Case Number: | 19-10359 |
| Reporting Period beginning | 2/1/2020 | Period ending | 2/29/2020 |
| NAME OF BANK: | Bank of Hays | BRANCH: | |
| ACCOUNT NAME: | Payroll | ACCOUNT NUMBER: | **2061 |
| PURPOSE OF ACCOUNT: | PAYROLL | | |

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

**Itemized payroll detail will be provided to the U.S. Trustee upon request.**

TOTAL                                                                                                    $ [                    -     ]

MOR-5

**ATTACHMENT 4D**

**INVESTMENT ACCOUNTS AND PETTY CASH REPORT**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| N/A | | | | |

TOTAL                                                                                                                                    $

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) & (Column 3) |
|---|---|---|---|
| Registration | - | - | - |
| Cafeteria | - | - | - |
| | | | |
| | | | |

TOTAL                                          $                    -          (b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**
**Note: No disbursements over $100.**


**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)**          $                    -          (c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the
    amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page
    MOR-2, Line 7).

MOR-11

**MONTHLY TAX REPORT**

| | | | |
|---|---|---|---|
| Name of Debtor: | CAH Acquisition Company #5, LLC | Case Number: | 19-10359 |
| Reporting Period beginning | 2/1/2020 | Period ending | 2/29/2020 |

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $ - | | |

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

| | | | |
|---|---|---|---|
| Name of Debtor: | CAH Acquisition Company #5, LLC | Case Number: | 19-10359 |
| Reporting Period beginning | 2/1/2020 | Period ending | 2/29/2020 |

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| TOTAL | | $ | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

☐ Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

MOR-10

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale
of real estate (attach closing statement); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements;
(4) change in senior management, etc.   Attach any relevant documents.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before

MOR-9

# Attachment A
# Hillsboro Operating Account

  

**Contact us:**
(785) 621-2265

**Branch:**
BANK OF HAYS
1000 W 27TH ST
HAYS, KS 67601

**Visit our website at:**
www.bankofhays.com

  

BRENT KING, CHAPTER 11 TRUSTEE IN RE
CAH ACQUISITION COMPANY #5
2405 GRAND BLVD STE 1210
KANSAS CITY MO 64108-2536

**Statement Date: February 28, 2020**                    **Account Number:** ⬤1901

# BASIC BUSINESS CHECKING

| ACCOUNT ACTIVITY SUMMARY | |
| --- | --- |
| Statement period number of days | 28 |
| Average balance | $964.29 |
| Total service charge today | $7.55 |
| Year to date interest | $0.00 |

| | | | |
| --- | --- | --- | --- |
| Previous balance | 01/31/2020 | $1,000.00 | |
| Deposits/credits | 18 | $284,585.67 | |
| Checks/withdrawals | 16 | $284,593.22 | |
| Ending balance | 02/28/2020 | $992.45 | |



| DEPOSITS | | |
| --- | --- | --- |
| **Date** | **Description** | **Amount** |
| 02/04/2020 | **REIMB LEASE PAYMENT HILLSBORO HOSPITAL** | $9,435.00 |
| 02/10/2020 | **WISCONSIN PHYSIC CAH ACQUISITION COMPAN ACH CREDIT HCCLAIMPMT 17Z357** | $937.32 |
| 02/10/2020 | **WISCONSIN PHYSIC CAH ACQUISITION COMPAN ACH CREDIT HCCLAIMPMT 17Z357** | $12,495.00 |
| 02/11/2020 | **WISCONSIN PHYSIC CAH ACQUISITION COMPAN ACH CREDIT HCCLAIMPMT 171357** | $3,451.55 |
| 02/12/2020 | **WISCONSIN PHYSIC CAH ACQUISITION COMPAN ACH CREDIT HCCLAIMPMT 171357** | $501.31 |
| 02/13/2020 | **WISCONSIN PHYSIC CAH ACQUISITION COMPAN ACH CREDIT HCCLAIMPMT 17Z357** | $22,146.04 |
| 02/13/2020 | **WISCONSIN PHYSIC CAH ACQUISITION COMPAN ACH CREDIT HCCLAIMPMT 171357** | $9,483.83 |
| 02/14/2020 | **WISCONSIN PHYSIC CAH ACQUISITION COMPAN ACH CREDIT HCCLAIMPMT 171357** | $884.21 |
| 02/18/2020 | **WISCONSIN PHYSIC CAH ACQUISITION COMPAN ACH CREDIT HCCLAIMPMT 171357** | $16,722.27 |



**BRENT KING, CHAPTER 11 TRUSTEE IN RE**                    Account Number: ●●1901

## DEPOSITS (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 02/19/2020 | WISCONSIN PHYSIC CAH ACQUISITION COMPAN ACH CREDIT HCCLAIMPMT 171357 | $22,610.95 |
| 02/20/2020 | WISCONSIN PHYSIC CAH ACQUISITION COMPAN ACH CREDIT HCCLAIMPMT 171357 | $1,401.60 |
| 02/21/2020 | WISCONSIN PHYSIC CAH ACQUISITION COMPAN ACH CREDIT HCCLAIMPMT 171357 | $2,669.87 |
| 02/24/2020 | WISCONSIN PHYSIC CAH ACQUISITION COMPAN ACH CREDIT HCCLAIMPMT 171357 | $18.88 |
| 02/25/2020 | WISCONSIN PHYSIC CAH ACQUISITION COMPAN ACH CREDIT HCCLAIMPMT 171357 | $2,068.46 |
| 02/26/2020 | FROM 2061 FRM US BANK WIRE PER BRENT P/C | $170,000.00 |
| 02/26/2020 | WISCONSIN PHYSIC CAH ACQUISITION COMPAN ACH CREDIT HCCLAIMPMT 171357 | $9,706.92 |
| 02/28/2020 | ST OF KS SMART 0005CAH ACQUISITION ACH CREDIT VEND PAYMT 0008336268 | $52.33 |
| 02/28/2020 | EARNINGS CREDIT | $0.13 |

**Number of Deposits 18**                    **Total Deposits $284,585.67**

## WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 02/03/2020 | HOSPITAL EQUIP   Hillsboro Community ACH DEBIT  LEASE      Hills | $9,435.00 |
| 02/10/2020 | TRANSFERRED TO DEPOSIT ACCT XXXXXXXX2967 | $13,432.32 |
| 02/11/2020 | TRANSFERRED TO DEPOSIT ACCT XXXXXXXX2967 | $3,451.55 |
| 02/12/2020 | TRANSFERRED TO DEPOSIT ACCT XXXXXXXX2967 | $501.31 |
| 02/13/2020 | TRANSFERRED TO DEPOSIT ACCT XXXXXXXX2967 | $31,629.87 |
| 02/14/2020 | TRANSFERRED TO DEPOSIT ACCT XXXXXXXX2967 | $884.21 |
| 02/18/2020 | TRANSFERRED TO DEPOSIT ACCT XXXXXXXX2967 | $16,722.27 |
| 02/19/2020 | TRANSFERRED TO DEPOSIT ACCT XXXXXXXX2967 | $22,610.95 |
| 02/20/2020 | TRANSFERRED TO DEPOSIT ACCT XXXXXXXX2967 | $1,401.60 |
| 02/21/2020 | TRANSFERRED TO DEPOSIT ACCT XXXXXXXX2967 | $2,669.87 |
| 02/24/2020 | TRANSFERRED TO DEPOSIT ACCT XXXXXXXX2967 | $18.88 |
| 02/25/2020 | TRANSFERRED TO DEPOSIT ACCT XXXXXXXX2967 | $2,068.46 |
| 02/26/2020 | TRANSFERRED TO DEPOSIT ACCT XXXXXXXX2967 | $179,706.92 |
| 02/28/2020 | TRANSFERRED TO DEPOSIT ACCT XXXXXXXX2967 | $52.33 |
| 02/28/2020 | SERVICE CHARGE | $6.00 |
| 02/28/2020 | DEBITS | $1.68 |

**Number of Withdrawals 16**                    **Total Withdrawals $284,593.22**

## DAILY BALANCE SUMMARY

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 02/03/2020 | $8,435.00 – | 02/13/2020 | $1,000.00 | 02/21/2020 | $1,000.00 |
| 02/04/2020 | $1,000.00 | 02/14/2020 | $1,000.00 | 02/24/2020 | $1,000.00 |
| 02/10/2020 | $1,000.00 | 02/18/2020 | $1,000.00 | 02/25/2020 | $1,000.00 |
| 02/11/2020 | $1,000.00 | 02/19/2020 | $1,000.00 | 02/26/2020 | $1,000.00 |
| 02/12/2020 | $1,000.00 | 02/20/2020 | $1,000.00 | 02/28/2020 | $992.45 |

# Attachment B
# Hillsboro Payroll Account

  

**Contact us:**
(785) 621-2265

**Branch:**
BANK OF HAYS
1000 W 27TH ST
HAYS, KS 67601

**Visit our website at:**
www.bankofhays.com

  

BRENT KING, CHAPTER 11 TRUSTEE IN RE
CAH ACQUISITION COMPANY #5
2405 GRAND BLVD STE 1210
KANSAS CITY MO 64108-2536

Page 1 of 3

**Statement Date: February 28, 2020**                           **Account Number:** ⬛2061

# BASIC BUSINESS CHECKING

## ACCOUNT ACTIVITY SUMMARY

| | |
|---|---|
| Statement period number of days | 28 |
| Average balance | $43,499.82 |
| Total service charge today | $0.00 |
| Year to date interest | $0.00 |



| | | | |
|---|---|---|---|
| **Previous balance** | 01/31/2020 | $43,499.82 | |
| **Deposits/credits** | 2 | $170,000.12 | |
| **Checks/withdrawals** | 2 | $170,000.12 | |
| **Ending balance** | 02/28/2020 | $43,499.82 | |

## DEPOSITS

| Date | Description | Amount |
|---|---|---|
| 02/28/2020 | WT ORIG CAH ACQUISITION CO 5 - US BANK | $170,000.00 |
| 02/28/2020 | EARNINGS CREDIT | $0.12 |
| **Number of Deposits 2** | | **Total Deposits $170,000.12** |

## WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 02/28/2020 | XFER TO 1901 PER BRENT P/C-US BANK WIRE | $170,000.00 |
| 02/28/2020 | DEBITS | $0.12 |
| **Number of Withdrawals 2** | | **Total Withdrawals $170,000.12** |



**BRENT KING, CHAPTER 11 TRUSTEE IN RE**

Account Number: ⬛2061

## DAILY BALANCE SUMMARY

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| 02/26/2020 | $43,499.82 | 02/28/2020 | $43,499.82 |